1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division

4   STEVEN J. SALTIEL (CABN CSBN 202292)
    Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495

6        Telephone: (415) 436-6996
         FAX: (415) 436-6748

7        steven.saltiel@usdoj.gov

8   Attorneys for United States

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  UNITED STATES, *ex rel.*, CHRISTOPHER   )   **UNITED STATES' CONSENT TO DISMISSAL**
    KAES,                                   )   **WITHOUT PREJUDICE; [PROPOSED] ORDER**
                                            )
14                                          )
                                            )   Case No. C 14-03597 MEJ
15          Plaintiff,                      )
         v.                                 )
                                            )
16  BVB CONSTRUCTION, INC. *et al.*,        )
                                            )
17                                          )
         Defendants.                        )
    _____)
18

19          On December 29, 2016, Relator Christopher Kaes filed a Notice of Dismissal pursuant to Fed. R.

20  Civ. P. 41(a)(1)(A) (Docket # 10).

21          Pursuant to 31 U.S.C.    3730(b)(1), the United States of America, through their undersigned

22  counsel of record, hereby consents to the dismissal of the above-captioned action provided such

23  dismissal is without prejudice to the United States.

24  \\

25  \\

26  \\

27  \\

28  \\

CONSENT TO DISMISSAL;
[PROPOSED] ORDER, CASE NO. C 14-03597 MEJ

1   A proposed order dismissing and unsealing the action is submitted herewith.

2   DATED: February 6, 2017                     Respectfully submitted,

3                                               BRIAN J. STRETCH
                                                United States Attorney
4
                                                */s/ Steven J. Saltiel*
5                                               STEVEN J. SALTIEL
                                                Assistant United States Attorney
6

7

8                               [~~PROPOSED~~] ORDER

9

10       The United States having consented to dismissal of the above-captioned action pursuant to the

11  False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS HEREBY ORDERED that:

12       1.  This action is dismissed without prejudice to the United States; and,

13       2.  The parties shall each bear their own costs.

14       IT IS SO ORDERED.

15  Date:  February 6, 2017                     _____

16                                              HON. MARIA-ELENA JAMES
                                                United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO DISMISSAL;
[PROPOSED] ORDER, CASE NO. C 14-03597 MEJ      2